Case 4:22-cv-03155   Document 16   Filed on 09/20/22 in TXSD   Page 1 of 8

United States Courts
Southern District of Texas
F I L E D

SEP 20 2022

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Ernest Adimora-Nweke | § | Civil Action No. 4:22-cv-03155 |
| *Plaintiff* | § | |
| v. | § | |
| *Property Acquisition Services, Inc., North Fort Bend Water Authority, AT&T, Comcast, CenterPoint Energy, Mark Heidaker, Steve Bonjonia, & Sean Patrick Kennedy* | | |
| *Defendants* | | |

**PLAINTIFF'S 1ˢᵗ PARTIAL AMENDMENT &/OR SUPPLEMENT TO ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT & CLERK:

COMES NOW Ernest Adimora-Nweke, Plaintiff, in the case with the style number above, and hereby files this 1ˢᵗ partial amendment or clarification, and supplement to original complaint(s)[1] as allowed or required by law and equity:

**Plaintiff(s)-PARTIES:**

Ernest Adimora-Nweke, *pro-se*, (a) remotely works from, and is a resident of the homestead "subject property," a property in Harris County; (b) is counsel and attorney-in-fact for **Ngozi Adimora-Nweke (a "Real Party of Interest" and homestead owner)** in all claims and related matters on the subject property; and (c) brings all claims on behalf of Ngozi, and all necessary or interested current and putative Plaintiff(s) – including **himself, Ngozi, and** all subject property's past and future owners, residents, invitees, and beneficiaries. *See, F. R. C. P. Rule 17.*

**Additional Defendant(s)-PARTIES:**

**CenterPoint Houston Electric, LLC** & **CenterPoint Energy Houston Electric, LLC** ("CenterPoint" or "HL&P")[2], Houston Light & Power ("HL&P")'s successor-in-interest, are supposedly duly registered Texas entities. **CenterPoint Energy Houston Electric, LLC** may be

---

[1] Complaint of the case with style/cause number 4:22-cv-03155, and pre-removal cause number 1189868 complaint filed in Harris County Civil Court at Law 3 on 8/11/2022
[2] Defendants CenterPoint Energy Inc, CenterPoint Houston Electric, LLC, CenterPoint Energy Houston Electric, LLC, and Houston Power & Lighting Co. are altogether and individually referred to as "CenterPoint" or "HL&P."

served process via its registered agent, CT Corporation System, 1999 Bryan St., Suite 900, Dallas, TX 75201. Unable to locate **CenterPoint Houston Electric, LLC**'s registered agent, CenterPoint Houston Electric, LLC may be served process via CenterPoint Energy Inc.'s General Counsel, Monica Karuturi[3], at CenterPoint Energy, Inc., 1111 Louisiana St. Ste. 264, Houston, TX 77002.

**Comcast Holdings Corporation** ("Comcast")[4][5] is also duly registered entity headquartered at 1701 John F. Kennedy Blvd. FL 32, and also doing business in Houston, TX and the subject property as or via or with Comcast of Houston, LLC. Comcast Holdings Corporation has no registered agent in Texas, but may be served process via its Texas Sec. of State's listed mail address: 1500 MARKET ST C/O COMCAST TAX DEPT PHILADELPHIA, PA 19102-2100.

### INCORPORATION BY REFERENCE

As necessary, and/or to avoid voluminous redundancy, contents of Doc. 1-6, pgs. 2 – 42, Cause 4:22-cv-03155, filed on 9/15/2022, are hereby incorporated by reference into this document.

"As necessary and applicable, 'I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.'" Executed on 9/16/22.   /s/ Ernest Adimora-Nweke".

### NOTICE OF SERVICE FOR PLAINTIFF(S)

Kindly email a copy of all communications, response, & filing to ernest@adimoralaw.com.

---

[3] Counsel, Ernest Adimora-Nweke, emailed said Ms. Karuturi on 3/21/2022, on the claims. HL&P retained counsel.
[4] Comcast Corporation, Comcast Holdings Corporation, & Comcast of Houston, LLC are altogether and individually be referred to as "Comcast."
[5] Plaintiff, Ernest Adimora-Nweke, noticed and communicated with the General Counsels of Comcast Corporation, including a Thomas J. Reid and Lynn Charytan, since Feb 2022, on the matters, and prior to Comcast's further harmful illegal activities on Plaintiffs and the subject property, its owners, residents, invitees, beneficiaries, etc.



**MUNSCH HARDT**
DALLAS / HOUSTON / AUSTIN

Ross Tower
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
munsch.com
Direct Dial: (214) 855-7570
Email: raddison@munsch.com

March 18, 2022

**VIA EMAIL: info@adimoralaw.com
and ernest@adimoralaw.com**
Ernest C. Adimora-Nweke Jr., Esq.
Adimora Law Firm
3050 Post Oak Blvd., Suite 510
Houston, Texas 77056

RE: Correspondence of February 27, 2022, March 6, 2022, March 11, 2022, and March 14, 2022 Directed to Comcast Corporation and Concerning Real Property Located at 6826 Caddo Lake Lane including Easements and Other Rights

Dear Mr. Adimora-Nweke:

As you know, we represent Comcast Corporation ("Comcast") in connection with the above-referenced matter. We also represent what we understand to be the actual party in interest in this matter, Comcast of Houston, LLC, ("Comcast"), which operates in Houston, Texas, the relevant geographic area. As with your correspondence of February 27, 2022 and March 6, 2022, Comcast respectfully disagrees with and disputes the statements, allegations, and conclusions reflected in your correspondence of March 11, 2022 and March 14, 2022.

It also becomes clear from your correspondence that you—on behalf of your mother and father—and Comcast, are unlikely to be able to resolve this matter. Nor does it seem beneficial or productive to engage in a letter-writing campaign asserting or reasserting our respective positions when our understanding of the facts and our position on the law is so different. For those reasons, Comcast will not be responding to repeated reassertions of your position and the alleged conduct of Comcast and others; nor will Comcast be making any counter offer.

Should the underlying circumstances change, Comcast will consider reevaluating its position concerning communication.

Very truly yours,

MUNSCH HARDT KOPF & HARR, P.C.

By: _____
Frederick W. Addison, III

4855-5856-4630v.2 020781.00003
Capacity Issue Exhibit Pg. 1



**STEPHENS REED & ARMSTRONG, PLLC**
12234 Shadow Creek Parkway, Ste. 1104
Pearland, Texas 77584
(281) 489-3934 Telephone
(281) 657-7050 Facsimile
www.srapllc.com

**DERRICK REED**
Partner

derrick@srapllc.com

March 23, 2022

*VIA ELECTRONIC MAIL:*

info@adimoralaw.com
ernest@adimoralaw.com

*VIA USPS MAIL:*

Ernest C. Adimora-Nweke Jr., Esq.
Adimora Law Firm
3050 Post Oak Blvd., Suite 510
Houston, Texas 77056

   RE: Allegations towards AT&T concerning the property: 6826 Caddo Lake Lane, 77083

Dear Mr. Adimora-Nweke:

 This firm has been retained by AT&T Services, Inc. as counsel in the above referenced matter. Please direct all future correspondence related to this matter to our office. If you have any questions or concerns, please feel free to contact me.

            Very truly yours,

            Derrick A. Reed

Commercial Litigation | Construction Law | Employment | Personal Injury

Capacity Issue Exhibit, Pg. 2

Scott Davis
Shareholder



sdavis@hdwlegal.com
Direct: 713-344-1546

## HICKS DAVIS WYNN
P.C.

HICKS DAVIS WYNN, P.C. | 3555 Timmons Lane, Suite 1000 | Houston, TX 77027 | 713-589-2240 | www.hdwlegal.com

March 24, 2022

Mr. Ernest C. Adimora-Nweke, Jr.    *Via e-mail*: ernest@adimoralaw.com
ADIMORA LAW FIRM
3050 Post Oak Blvd., Ste. 510
Houston, TX 77056

**Re: Alleged Claims Against CenterPoint Energy Regarding 6826 Caddo Lake Lane.**

Dear Mr. Adimora-Nweke:

This correspondence confirms that HICKS DAVIS WYNN, P.C. has been retained to represent CenterPoint Energy in responding to any alleged claims you or your clients may have against CenterPoint that involve the property located at 6826 Caddo Lake Lane, Houston, Texas 77083 (the "Property"). Please direct all future communications regarding any such claims to me and copy my associate, Mary Borrego. Please feel free to call me with any questions or to discuss this matter in more detail.

Very Truly Yours

Scott R. Davis

cc:
Marry Borrego (Firm) (*Via E-mail*: mborrego@hdwlegal.com)

Ernest Adimora-Nweke <ernest@adimoralaw.com>

## Re: Emminent Domain violations, slander of title, fraud, criminal trespass, and civil rights violations. Subject ppty: 6826 Caddo Lake Lane, 77083; Fwd: Letter to Ernest Adimora-Nweke re 6826 Caddo Lake Lane

Scott Davis <sdavis@hdwlegal.com>  Thu, Mar 24, 2022 at 2:16 PM
To: "erne t@adimoralaw com" erne t@adimoralaw com
Cc: Mary Borrego <mborrego@hdwlegal.com>

Mr. Adimora-Nweke, Jr.:

Attached please find a letter of representation pertaining to CenterPoint Energy. Please direct all future correspondence regarding this matter to me (not Shannon Terry), and please copy my associate, Mary Borrego.

Thanks,
SRD

Scott R. Davis

Shareholder | Hicks Davis Wynn, PC

3555 Timmons Lane, Suite 1000 | Houston, TX 77027

Direct:713.344.1546 | Main: 713.589.2240

sdavis@hdwlegal.com | www.hdwlegal.com

*This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information Any unauthorized review, use, disclosure or distribution is prohibited The contents of this e-mail are confidential and subject to the attorney-client and work product privileges. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Please virus check all attachments to prevent widespread contamination and corruption of files and operating systems*

---

From: Ernest Adimora-Nweke <ernest@adimoralaw.com>
Sent: Thursday, March 24, 2022 2:26 AM
To: [redacted].texas.gov <[redacted].texas.gov>; Addison, Rick <raddison@munsch.com>; [redacted] te a gov ; Derrick Reed derrick@ rapllc com ; Terry, Shannon M hannon terry@ centerpointenergy.com>; [redacted] hctx.net <[redacted].hctx.net>; [redacted] (CAO) <[redacted].hctx.net>
Subject: [External Email] Re: Emminent Domain violations, slander of title, fraud, criminal trespass, and civil rights violation  Subject ppty  6826 Caddo Lake Lane, 77083; Fwd  Letter to Erne t Adimora Nweke re 6826 Caddo Lake Lane

You don't often get email from erne t@adimoralaw com  Learn why thi i important
Capacity Issue Exhibit, Pg. 4

## EXTERNAL EMAIL

CAUTION: This message originated from outside CenterPoint Energy. Do not click on links, open attachments, or enter data unless you recognize the sender, were expecting the content and know it to be safe.

All,

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

📎 **Matter RE 6826 Caddo Lake Lane - LOR.pdf**
126K

Respectfully Submitted,
/s/ Ernest Adimora-Nweke
Ernest C. Adimora-Nweke, Jr
Texas State Bar Number: 24082602
c/o Adimora Law Firm
3050 Post Oak Blvd., Suite 510
Houston, TX 77056
281-940-5170 (Office)
ernest@adimoralaw.com
*Pro Se Plaintiff, and Attorney-In-Fact for Ngozi Adimora-Nweke, et al*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above was on 9/16/22, delivered to all necessary parties in this case or to the various attorneys of such necessary parties, via email below, as allowed by the Court and pursuant to Fed. R. Civ. Pro.

Respectfully Submitted,
/s/ Ernest Adimora-Nweke

Jim McFarland (jmcfarland@jmlawyers.com) – Counsel for PAS, Mark Heidaker, Sean Patrick Kennedy, Steve Bonjonia; Britton Byron Harris (bharris@hhstxlaw.com) – Counsel for NFBWA; Scott Davis (sdavis@hdwlegal.com) – Counsel for CenterPoint; Rick Addisson (raddison@munsch.com) – Counsel for Comcast; Derrick Reed (derrick@srapllc.com) – Counsel for AT&T.