United States District Court
Southern District of Texas
**ENTERED**
May 08, 2023
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ERNEST ADIMORA-NWEKE, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| VS. | § | **Civil Case No. 4:22-CV-03155** |
| | § | |
| CENTERPOINT ENERGY, INC., AT&T | § | |
| SERVICES, INC., NORTH FORT BEND | § | |
| WATER AUTHORITY, PROPERTY | § | |
| ACQUISITION SERVICES, INC., MARK | § | |
| HEIDAKER, STEVE BONJONIA, SEAN | § | |
| PATRICK KENNEDY, COMCAST, | § | |
| SOUTHWESTERN BELL TELEPHONE | § | |
| COMPANY D/B/A AT&T TEXAS, | § | |
| CENTERPOINT HOUSTON ELECTRIC, | § | |
| LLC, COMCAST HOLDINGS | § | |
| CORPORATION, CITY OF HOUSTON, | § | |
| CENTERPOINT ENERGY HOUSTON | § | |
| ELECTRIC, LLC and HOUSTON POLICE | § | |
| DEPARTMENT, | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

In accordance with the Order Accepting Findings, Conclusions, and Recommendation of the United States Magistrate Judge signed by the Court on this date,

(1)     Plaintiff's federal claims are **DISMISSED with PREJUDICE**;

(2)     The federal claims brought on behalf of non-parties are **DISMISSED without PREJUDICE**;

(3)     This case is **REMANDED** to Harris County Civil County Court at Law Number 3 for disposition of the remaining state law claims;

(4)     All relief not expressly granted herein is denied.

This is a **FINAL JUDGMENT**.

Signed on May 5, 2023.

DREW B. TIPTON
UNITED STATES DISTRICT JUDGE